628 S.E.2d 884

**In the Matter of Jack L. SCHOER, Respondent.**

Supreme Court of South Carolina.

March 22, 2006.

## ORDER

The Office of Disciplinary Counsel petitions the Court to place respondent on interim suspension pursuant to Rule 17(b) and (c), RLDE, of Rule 413, SCACR. The petition is granted. Respondent is hereby suspended from the practice of law in this State until further order of the Court.

IT IS SO ORDERED.

/s/Jean H. Toal C.J.
FOR THE COURT